UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ANDRADE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, an Ohio corporation; CHRISTINE JESSE BASS, an individual; SHELLEY KUTCH, an individual; BREMER WHYTE BROWN & O'MEARA, LLP, a California limited liability partnership; JOHN O'MEARA, an individual; DEAN SOLOMON, an individual; DOES 1-100, inclusive,<br><br>Defendants. | Case No.: CV 20-5498-DMG (KSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [13]** |

1    Having considered the stipulation of counsel and GOOD CAUSE
2 APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:
3    1.    The Court dismisses the above-captioned action in its entirety, with
4 prejudice, as to all served and unserved parties, pursuant to Fed. R. Civ. P. 41.
5    2.    All served and unserved parties are to bear their own attorney's fees
6 and costs and have waived recovery of attorney's fees and costs from any other
7 party.

DATED: September 16, 2020            _____
                                     DOLLY M. GEE
                                     UNITED STATES DISTRICT JUDGE